UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20044-CR-GAYLES/OTAZO-REYES

FILED by _____ D.C.
JAN 23 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D of FLA. – MIAMI

IN RE: SEALED INDICTMENT
_____/

## MOTION TO SEAL

The United States of America hereby moves that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court. The United States further moves for authorization to obtain and disclose copies of the indictment, arrest warrant, or the sealing order as necessary for purposes of arrest, extradition, or any other necessary cause. As grounds therefore, the United States asserts that the defendants may flee, and the integrity of an ongoing investigation and of evidence might be compromised, should the filing of this indictment become public before the defendant is arrested.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
Timothy J. Abraham
Assistant United States Attorney
Florida Bar No. 114372
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9438   Office
(305) 536-7213   Facsimile
Timothy.Abraham2@usdoj.gov