UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20044-CR-GAYLES/OTAZO-REYES



IN RE: SEALED INDICTMENT
_____/

## SEALED ORDER

The United States of America having applied to this Court for an Order sealing the indictment, arrest warrant, and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrant, and this order shall be filed UNDER SEAL until the arrest of the first defendant or until further order of this Court. However, the United States Attorney's Office may obtain and disclose copies of the indictment, arrest warrant, or this Order as necessary for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 23 day of Jan, 2017.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Timothy J. Abraham, Asst. U.S. Attorney