UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20044-CR-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

LIMBER ANTONIO ARBOLEDA CORTES,
    a/k/a "Mili,"
    a/k/a "Chinche,"
    a/k/a "Viejo,"
    a/k/a "Hermanos,"
    a/k/a "Murcielago,"
JOSE CAMILO ESPANA MARQUINEZ,
    a/k/a "Camilo,"
    a/k/a "Cami,"
JOSE GUILLERMO BUSTAMANTE,
    a/k/a "Tio,"
JOHN JAIRO ARBOLEDA CASTRO,
    a/k/a "Veterano,"
FERNANDO TABORDA,
    a/k/a "Ferna,"
    a/k/a "Don Ferna,"
    a/k/a "Capi,"
HECTOR CASTRO IBARRA,
    a/k/a "Polo,"
    a/k/a "Don Polo"
JOSE CARLOS RIOS MARTINEZ,
    a/k/a "Carlos,"
              Defendants.
_____/

## MOTION TO UNSEAL

The United States of America hereby moves that the Indictment be UNSEALED. The Court's January 23, 2018 Order signed by the Duty Magistrate Judge indicated that the Indictment shall be filed under seal until the arrest of the first defendant or until further order of this Court. All of the Defendants named in the Indictment have been arrested. Defendants in custody in Colombia are asking to see the charging document.

In an abundance of caution, the undersigned AUSA files this motion to unseal before disclosing the Indictment.

                                         Respectfully submitted,

                                         BENJAMIN G. GREENBERG
                                         UNITED STATES ATTORNEY

Dated:   September 5, 2018        By: _____
                                                 Timothy J. Abraham
                                                 Assistant United States Attorney
                                                 Florida Bar No. 114372
                                                 99 N.E. 4th Street
                                                 Miami, FL 33132
                                                 (305) 961-9438   Office
                                                 (305) 536-7213   Facsimile
                                                 Timothy.Abraham2@usdoj.gov