UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20044-CR-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

LIMBER ANTONIO ARBOLEDA CORTES,
    a/k/a "Mili,"
    a/k/a "Chinche,"
    a/k/a "Viejo,"
    a/k/a "Hermanos,"
    a/k/a "Murcielago,"
JOSE CAMILO ESPANA MARQUINEZ,
    a/k/a "Camilo,"
    a/k/a "Cami,"
JOSE GUILLERMO BUSTAMANTE,
    a/k/a "Tio,"
JOHN JAIRO ARBOLEDA CASTRO,
    a/k/a "Veterano,"
FERNANDO TABORDA,
    a/k/a "Ferna,"
    a/k/a "Don Ferna,"
    a/k/a "Capi,"
HECTOR CASTRO IBARRA,
    a/k/a "Polo,"
    a/k/a "Don Polo"
JOSE CARLOS RIOS MARTINEZ,
    a/k/a "Carlos,"
                       **Defendants.**
_____/

## ORDER

The United States of America has applied to this Court for an Order unsealing the Indictment and has indicated that all seven defendants named in the Indictment have been arrested in Colombia.

For the reasons stated, and the Court finding good cause,

IT IS HEREBY ORDERED that the Indictment shall be UNSEALED.

DONE AND ORDERED in chambers at Miami, Florida, this 5th day of Sept., 2018.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

cc: Timothy J. Abraham, Asst. U.S. Attorney